# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Williams

Plaintiff,

v.

Case No. 9C1006

Cargill

Defendant.

## COURT MINUTES OF HEARING

Judge Lynn Adelman, presiding
Time Commenced: 11:00 am
Deputy Clerk: J.C.

Date: 3/23/11
Concluded: 11:23
Court Reporter:

APPEARANCES:

Plaintiff: Larry Johnson (in person)
Noah Reinstein    Nola Hitchcock Cross

Defendant: Jeremy Glenn (via phone) 312/474-7880
Joe Tilson

Nature of Hearing: Fairness Hrg.    ☒ Telephonic

Notes:

11:05 Plaintiff makes statement of case and settlement
explains dispute over number of minutes spent donning/doffing safety equipment

extensive arms length negotiations and mediation

11:13 Settlement: About $2,000 per employee or 1 hour a week
Attorney fees: 33% contingency.

11:19 Defendant makes statement

11:22am. Court finds the settlement is fair and equitable
Further finds that there is a bona fide dispute

11:23am. Court Approves settlement.
order to follow